IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Christopher Love Williams, ) | |
| ) | C/A No.: 6:12-cv-1590 DCN |
| Petitioner, ) | |
| ) | |
| -vs- ) | **ORDER** |
| ) | |
| Warden McKie, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court upon petitioner's Motion for Transcript to be Filed at Government's Expense. This motion was filed on February 8, 2013.

Fourth Circuit precedent requires a prisoner to show "particularized need" before the court can require the Government to provide a transcript at its expense. Petitioner has not alleged any such need in his Motion for Transcript. It is therefore

**ORDERED** that petitioner's Motion for Transcript is **DENIED** without prejudice.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

March 13, 2013
Charleston, South Carolina